```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

RONALD SCARLATO, et al.,         )
                                 )
               Plaintiffs,       )
                                 )
     v.                          )    No.  09 C 1497
                                 )
VILLAGE OF BELLWOOD, ILLINOIS,   )
et al.,                          )
                                 )
               Defendants.       )
```

## MEMORANDUM ORDER

This previously dismissed and now refiled action is currently embodied in a First Amended Complaint ("FAC") that comprises no fewer than 291 paragraphs.  Not surprisingly, the responsive pleadings that have been received to this point--one filed jointly by Illinois Development Services Corporation ("Illinois Development") and Anthony Bruno ("Bruno") and the other filed by Roy McCampbell ("McCampbell")--include batteries of affirmative defenses ("ADs") in addition to answering the FAC. And unlike the often-encountered situation in which a skeletal assertion of such defenses does not satisfy the concept of notice pleading applicable to both plaintiffs and defendants in the federal system, here a number of the ADs are pretty much self-explanatory and call for an early response from plaintiffs' counsel that may cabin the disputed issues in a meaningful way.

Accordingly plaintiffs' counsel is ordered to file a memorandum on or before July 24, 2009 responding to the limitations and immunity defenses set out in Illinois

Development-Bruno ADs 1 through 7 and in McCampbell ADs 1 through 3 and 5 through 11. In light of the number and variety of those ADs, that response will not be subject to a 15-page limitation.[1] This Court retains the status hearing now set for 9 a.m. July 28, 2009 to discuss future proceedings in the case.

                                                    Milton I. Shadur
                                                    Senior United States District Judge

Date: July 8, 2009

---

[1] This memorandum order is of course not necessarily exhaustive. If and to the extent that plaintiffs wish to target other ADs, they must do so by an appropriately-noticed motion or motions of proposed presentment.