IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RONALD SCARLATO, et al.,           )
                                    )
              Plaintiffs,           )
                                    )
    v.                              )   No. 09 C 1497
                                    )
VILLAGE OF BELLWOOD, ILLINOIS,      )
et al.,                             )
                                    )
              Defendants.           )

MEMORANDUM ORDER

Just after this Court's issuance of its July 8 memorandum order directing plaintiffs' counsel to address various of the affirmative defenses ("ADs") advanced by several of the defendants, the judge's copies of three more responsive pleadings were delivered to this Court's chambers[1]--Answers (including ADs) filed by the Village of Bellwood ("Bellwood"), Frank Pasquale ("Pasquale") and Larry Kaufman ("Kaufman"). Because each of those pleadings advances some ADs of the same type as those referred to this Court's earlier order, the submission by plaintiffs' counsel ordered there should also encompass Bellwood ADs 3 and 5-16, Pasquale ADs 1-3 and 5-11 and Kaufman ADs 1 and 3-11.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 9, 2009

---

[1] All had been timely filed on July 7, but the delivery to chambers took place the following day.