IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

RONALD SCARLATO, et al.,            )
                                    )
                 Plaintiffs,        )
                                    )
      v.                            )      No.  09 C 1497
                                    )
VILLAGE OF BELLWOOD, ILLINOIS,      )
et al.,                             )
                                    )
                 Defendants.        )

                         MEMORANDUM ORDER

      This Court's brief January 4, 2010 memorandum order

addressed a number of the asserted defenses ("ADs") that

defendants had advanced in this action.  In part it ordered

plaintiffs' counsel to file a further submission as to AD 4,

"explaining why in their view 745 ILCS 10/2-201 and the caselaw

applying it do not insulate the public officer defendants,

despite plaintiffs' allegations that those defendants'

allegations constituted willful and wanton misconduct or were

prompted by corrupt or malicious motives."

      Plaintiffs' counsel rose to that challenge, drawing to this

Court's attention the strikingly applicable decision in Vill. of

Sleepy Hollow v. Pulte Home Corp., 336 Ill.App.3d 506, 783 N.E.2d

1093 (2d Dist. 2003).  Sleepy Hollow explained persuasively why

an immunity claim sought to be advanced under the auspices of

Vill. of Bloomingdale v. PDG Enters., Inc., 196 Ill.2d 484, 752

N.E.2d 1090 (2001) is inapplicable to a situation such as the

current one.  Accordingly this Court strikes AD 4.

_____
Milton I. Shadur
Senior United States District Judge

Date:  February 3, 2010